IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER ARDEN ROSEBERRY,<br>Plaintiff,<br><br>vs.<br><br>PRISONER TRANSPORT SERVICES;<br>THOR CATALOGNE *President*; SGT.<br>GOFF *Driver*; SGT. URBACH *Supervisor*,<br>Defendants. | Civil Action No. 15-247<br>Chief Judge Joy Flowers Conti<br>Chief Magistrate Judge Maureen P. Kelly |

## O R D E R

AND NOW, this 25th day of September, 2015, after Plaintiff Christopher Arden Roseberry filed a complaint in the above-captioned matter, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge giving the parties until September 21, 2015 to file written objections thereto, and no Objections having been filed, and upon review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that this civil action be transferred forthwith to the United States District Court for the Western District of Kentucky.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

/s/ Joy Flowers Conti
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF